1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 LEANA TELLEZ, | Case No. 3:18-CV-00282-VC

12            Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING**

13 v. | **STIPULATION AND JOINT MOTION TO DISMISS CERTAIN CLAIMS**

14 O'REILLY AUTO ENTERPRISES, LLC, f/k/a CSK AUTO, INC. d/b/a O'REILLY

15 AUTO PARTS; and Does 1-50, | DEPT: 4

16            Defendants. | JUDGE: Hon. Vince Chhabria

     TRIAL DATE: June 10, 2019

17

18      Plaintiff LEANA TELLEZ ("Plaintiff") and Defendant O'REILLY AUTO

19 ENTERPRISES, LLC ("O'Reilly") have filed a Stipulation and Joint Motion to Dismiss Certain

20 Claims. Upon consideration of the parties' stipulation and joint motion and finding good cause

21 therefore, the Court hereby GRANTS the parties' stipulation and ORDERS that:

22      1.     Plaintiff's First Cause of Action for Disability Discrimination (Violation of FEHA,

23 Govt. Code § 12940 et seq.) as asserted in her Complaint against O'Reilly is dismissed with

24 prejudice;

25      2.     Plaintiff's Second Cause of Action for Violation of California's Healthy

26 Workplaces, Healthy Families Act of 2014 (Sick Pay Act) as asserted in her Complaint against

27 O'Reilly is dismissed with prejudice;

28 / / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8960275.1

1

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION
TO DISMISS CERTAIN CLAIMS, CASE NO. 3:18-CV-00282-VC

3.      Plaintiff's Third Cause of Action for Retaliation (Violation of FEHA, Govt. Code § 12940 et seq.) as asserted in her Complaint against O'Reilly is dismissed with prejudice;

4.      Plaintiff's Fourth Cause of Action for Failure to Maintain Environment Free from Discrimination, and Retaliation and Aiding, Abetting, or Inciting the Doing of Such Acts as asserted in her Complaint against O'Reilly is dismissed with prejudice;

5.      Plaintiff's Sixth Cause of Action for Negligence as asserted in her Complaint against O'Reilly is dismissed with prejudice;

6.      Plaintiff's Seventh Cause of Action for Negligent Hiring, Retention, and/or Supervision as asserted in her Complaint against O'Reilly is dismissed with prejudice;

7.      Plaintiff's Ninth Cause of Action for Breach of Implied Contract as asserted in her Complaint against O'Reilly is dismissed with prejudice;

8.      Plaintiff's Thirteenth Cause of Action for Unlawful Business Practices (Violation of Bus. & Prof. Code § 17200 et seq.) as asserted in her Complaint against O'Reilly is dismissed with prejudice; and

9.      Plaintiff's prayer for punitive damages as asserted in her Complaint against O'Reilly is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March _29_, 2019

_____
Hon. Vince Chhabria
United States District Judge

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8960275.1